MR.RAFAEL JASSO.
NAME
H.86397.
PRISON NUMBER
R.J.DONOVAN.CORR.FACILITY.
CURRENT ADDRESS OR PLACE OF CONFINEMENT
SANDIEGO,CALIFORNIA.92179 9001.
CITY, STATE, ZIP CODE

ORIGINAL

FILED
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RAFAEL JASSO.,
(FULL NAME OF PETITIONER)

PETITIONER

v.

ROBERT J. HERNANDEZ.,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT

and

______________________,
The Attorney General of the State of California, Additional Respondent.

Civil No. 08/0548/JAH(LSP)
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

FIRST AMENDED
PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: SANDIEGO,COUNTY SUPERIOR COURT. P.O.BOX 122724.S.D.CA.92112/2724.

2. Date of judgment of conviction: 2004.

3. Trial court case number of the judgment of conviction being challenged: CASE NO. SCS 176657.

4. Length of sentence: 35 to Life.



CR

5. Sentence start date and projected release date: 2004 to 2035.

6. Offense(s) for which you were convicted or pleaded guilty (all counts): 667.5(A) 667(A) 667(A)(I) 667(B)(I)

7. What was your plea? (CHECK ONE)
   - (a) Not guilty ☒
   - (b) Guilty ☐
   - (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   - (a) Jury ☒
   - (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes ☒ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the California Court of Appeal?
    ☒ Yes ☐ No

11. If you appealed in the California Court of Appeal, answer the following:
    - (a) Result: DENIAL.
    - (b) Date of result, case number and citation, if known: 08/0548 JAH (LSP)
    - (c) Grounds raised on direct appeal: Ineffective Assistance of Counsel.

12. If you sought further direct review of the decision on appeal by the California Supreme Court (e.g., a Petition for Review), please answer the following:
    - (a) Result: DENIAL.
    - (b) Date of result, case number and citation, if known: 08/0548 JAH (LSP)
    - (c) Grounds raised: Ineffectiveness of Counsel.

13. If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to that petition:

(a) Result: None.....

(b) Date of result, case number and citation, if known: None...

(c) Grounds raised:

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Superior Court?
☐ Yes ☒ No

15. If your answer to #14 was "Yes," give the following information:

(a) California Superior Court Case Number: 08/0548/JAH(LSP).

(b) Nature of proceeding: DENIAL....

(c) Grounds raised: INEFFECTIVENESS OF COUNSEL.......

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☒ No

(e) Result:

(f) Date of result:

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Court of Appeal?
☐ Yes ☒ No

17. If your answer to #16 was "Yes," give the following information:

(a) California Court of Appeal Case Number: None.....

(b) Nature of proceeding: ____________

(c) Grounds raised: NOne.....

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☒ No

(e) Result: ____________

(f) Date of result: ____________

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Supreme Court?
☐ Yes ☒ No

19. If your answer to #18 was "Yes," give the following information:

(a) California Supreme Court Case Number: NONE.......

(b) Nature of proceeding: ____________

(c) Grounds raised: ____________

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes ☒ No

(e) Result: ____________

(f) Date of result: ____________

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the California Supreme Court, containing the grounds raised in this federal Petition, explain briefly why you did not:

PETITIONER IS INCOMPETENT,CAN BARELY READ OR WRITE.

CURRENTLY E.O.P.TAKING SEVERAL PHYCOTROPICAL MEDICATIONS.

INDIGENT AND PETITIONER IS PRO PER.

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?

☒ Yes ☐ No (IF "YES" SKIP TO #22)

(a) If no, in what federal court was the prior action filed? ______

(i) What was the prior case number? ______

(ii) Was the prior action (CHECK ONE):

☐ Denied on the merits?

☐ Dismissed for procedural reasons?

(iii) Date of decision: ______

(b) Were any of the issues in this current petition also raised in the prior federal petition?

☐ Yes ☐ No

(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?

☐ Yes ☐ No

---

CAUTION:

- Exhaustion of State Court Remedies: In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.
- Single Petition: If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- Factual Specificity: You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: CONFLICT OF INTREST.

Supporting FACTS (state *briefly* without citing cases or law)

I was unable to help my lawyer during my trial because I was taking several phycotropical medication's before and during my trial. I can't even remember what went on or what happened at my trial. My lawyer never even told me what was going on. HE SAID I WAS GETING "6" YEAR'S. Then I get to prison and they tell me I got 35 to Life. Also they did not notify me about my appeal....

My claim's are "potentially meritorious" because they raise claim's based on the violation of my right's under the U.S. Constitution, and because the fact's I have alleged in the petition,if taken as true,are sufficient to merit relief. Any delay in exhausting my claim is solely the result of the fact's I have alleged in my declaration,and not the result of any dilatory litigation tactic's.

RHINES v. WEBER,124 S.CT. 1528(2005).

**Did you raise GROUND ONE in the California Supreme Court?**

☒ Yes ☐ No.

(b) **GROUND TWO**:

Supporting FACTS (state *briefly* without citing cases or law):

Ineffectiveness of Counsel....

My lawyer never even talked to me to let me know that I was facing a life sentence. They never considered my mental illness either.

The trial court misapplication of state sentencing rule's rose to the level of a constitutional violation. SEE ESTELLE v. MCGUIRE, 502 U.S. 62,67/68(1991). The state courts misapplication of its own sentencing laws was so unfair that they violated my due process. CHRISTIAN v. RHODE, 41 F.3d 461;469(9th CIR.1994).......

I feel that my sentence is arbitrary and capricious such that due process was violated. The state trial court did violate federal law or it's misapplication of state sentencing laws rises to the level of federal constitutional significance........

**Did you raise GROUND TWO in the California Supreme Court?**

☒ Yes ☐ No.

(c) **GROUND THREE:**

Ineffectiveness of Counsel.......

**Supporting FACTS** (state *briefly* without citing cases or law):

The principle's governing ineffectiveness claim's should apply in Federal colateral proceddingʼsas they do on direct appeal or in motion's for a new trial. As indicated by the "cause and prejudice" test for over coming procedural waiver's of claim's of error,the presumption that a criminal judgement is final is at it's strongest in collateral attack's on that judgement.

SEE UNITED STATE'S v. FRADY,456 U.S.152,162/169,102 S.CT.1584, 1570/1572,71 L.ED.2nd 783(1982).

An ineffectiveness claim,however, as our articulation of the standard's that govern decision of such claim's make's clear is an attack on the fundemental fairness of the proceddingʼs whose result is challenged. Since fundamental fairness is the central concern of the Writ of Habeas Corpus,seeID,at 126, 102 S.CT.,at 1570,no special standard's ought to apply to ineffectiveness claim's made in Habeas proceeding's..

**Did you raise GROUND THREE in the California Supreme Court?**

x☒ Yes ☐ No.

(d) **GROUND FOUR**:

NONE...........

Supporting **FACTS** (state *briefly* without citing cases or law):

NONE...........

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☒ No

24. If your answer to #23 is "Yes," give the following information:

(a) Name of Court: ______

(b) Case Number: ______

(c) Date action filed: ______

(d) Nature of proceeding: ______

(e) Grounds raised: ______

(f) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: ______

(b) At arraignment and plea: ______

(c) At trial: KORYN and KORYN..
5105 Cass Street. Sandiego,Calif. 92109.

(d) At sentencing: ______

(e) On appeal: KORYN and KORYN..

(f) In any post-conviction proceeding: ______

(g) On appeal from any adverse ruling in a post-conviction proceeding: NONE..

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒ Yes ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

(a) If so, give name and location of court that imposed sentence to be served in the future: ______

(b) Give date and length of the future sentence: ______

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: 5/12/08.

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

______
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

5/12/08/.
(DATE)

[signature]
SIGNATURE OF PETITIONER