EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
NIKI SHAFFER
Deputy Attorney General
A. NATASHA CORTINA, State Bar No. 156368
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2220
Fax: (619) 645-2191
Email: Natasha.Cortina@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL JASSO,** Petitioner, v. **ROBERT T. HERNANDEZ, Warden,** Respondent. | 08-0548 JAH (LSP) **NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** Judge: Hon. Leo S. Papas |

PLEASE TAKE NOTICE that Respondent, Robert Hernandez, Warden of the California State Prison -R.J. Donovan Correctional Facility, California, hereby moves to dismiss the Petition for Writ of Habeas Corpus under Rule 4 of the Rules Governing 28 U.S.C. § 2254, because Petitioner failed to file the Petition within the one-year limitations period and his claims are unexhausted.

///

///

///

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, and on the pleadings and state court records lodged with this Court.

Dated: July 16, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

NIKI SHAFFER
Deputy Attorney General

s/A. Natasha Cortina
Deputy Attorney General
Attorneys for Respondent
natasha.cortina@doj.ca.gov

ANC:gnn
80260639.wpd
SD2008700525

# CERTIFICATE OF SERVICE

Case Name: **Jasso v. Hernandez** Case No.: **08-0548 JAH (LSP)**

I declare:

On July 16, 2008, I electronically filed the following document(s):

**NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

NONE

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Rafael Jasso
H-86397
R.J. Donovan Correctional Facility
P.O. Box 799001
San Diego, California 92179
*In Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 16, 2008, at San Diego, California.

| G. Nolan | [signature] |
|---|---|
| Declarant | Signature |

SD2008700525
80260825.wpd