ORIGINAL

RAFAEL JASSO
H86397 / F1-01-143 L
480 ALTA RD.
SAN DIEGO, CA. 92179
IN PROPRIA PERSONA

COPY

FILED
2008 AUG 19 AM 10: 28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

NUNC PRO TUNC
AUG - 7 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL JASSO, PETITIONER, | CASE NO. 08-0548 JAH (LSP) |
| V. | NOTICE AND MOTION TO DISMISS PETITION CASE NO. 08-0548 JAH WITHOUT PREJUDICE DUE TO MENTAL INCOMPETANCY PER RULE 12.2 |
| ROBERT J. HERNANDEZ, WARDEN RESPONDENT, | |

TO THE UNITED STATES DISTRICT JUDGE, JOHN A. HOUSTON, AND TO THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA AND OR HIS REPRESENTITIVE, DEPUTY ATTORNEY GENERAL, A. NATASHA CORTINA;

PLEASE TAKE NOTICE THAT ON THE 14TH DAY OF AUGUST, 2008, OR AS SOON THEREAFTER AS THE MATTER MAY BE HEARD, PETITIONER, RAFAEL JASSO, WILL MOVE THE COURT FOR AN ORDER TO TERMINATE COURT PROCEEDINGS IN THE PENDING FEDERAL WRIT OF HABEAS CORPUS, CASE NUMBER, 08-0548 JAH (LSP), PER FEDERAL RULE OF COURT, RULE 12.2, AND CALIFORNIA PENAL CODE SECTION 1367.

PETITIONER FINDS AND DECLARES THAT HE IS MENTALLY INCOMPETENT TO PROCEED WITH THE COURT PROCEEDINGS AT THIS TIME, AND BEGS THE COURTS FORGIVENESS FOR THE IMPROPERLY FILLED OUT WRIT OF HABEAS CORPUS FORMS THAT PETITIONER HAS PRESENTED TO THE COURT, BUT THAT ANOTHER INMATE IMPLIED THAT HE KNEW WHAT HE WAS DOING IN THE COURT PROCESS, AND ASSURED PETITIONER THAT THE FORMS WERE PROPERLY

FILLED OUT.

PETITIONER DECLARES TO THE COURT THAT HE IS IN AN ENHANSED OUTPATIENT PROGRAM, (E.O.P.) MENTAL FACILITY AT R.J.DONOVAN CORRECTIONAL FACILITY, AND THAT PETITIONER HAS BEEN IN THIS MENTAL PROGRAM FROM THE INCEPTION OF HIS INCARCERATION.

IN FACT, PETITIONER HAS BEEN DIAGNOSED TO BE IN THE (E.O.P.) PROGRAM SINCE APPROXIMATELY 1996, AND PETITIONER WAS MENTALLY INCOMPETENT TO STAND TRIAL AND OR BE OF ASSISTANCE TO COUNSEL DURING TRIAL OF THE PRESENT OFFENSE THAT HE IS PRESENTLY INCARCERATED FOR.

PETITIONER HAS ALSO HAD AN EXTENSIVE BRAIN INJURY IN OR ABOUT 1993 OR 1995, PETITIONER CANNOT REMEMBER CORRECTLY AS TO WHICH YEAR, BUT PETITIONER CANNOT HARDLY READ OR WRITE AND OR UNDERSTAND TO A CERTAIN DEGREE.

PETITIONER IS ALSO OF MEXICAN DECENT, AND THIS COUPLED WITH THE BRAIN INJURY AND OR THE (E.O.P.) STATUS OF MENTALLITY THAT HE HAS, PETITIONER CANNOT GRASP THE CONSEPT OF THE LEGAL TERMINOLOGY THAT IT WOULD REQUIRE IN ORDER TO PROPERLY FILL OUT A WRIT OF HABEAS CORPUS TO PRESENT TO THE COURT.

PETITIONER HAS FINALY FOUND A REASABLY COMPETENT PERSON IN THE (E.O.P.) PROGRAM THAT HAS READ THE ATTORNEY GENERAL'S REQUEST TO TERMINATE THE FORGOING PETITION, AND FINDS AND DECLARES FOR PETITIONER THAT PETITIONER IS AND WAS MENTALLY INCOMPETENT TO ASSIST AND OR PREPARE A FEDERAL WRIT OF HABEAS CORPUS JUST AS PETITIONER WAS APPARENTLY INCOMPETENT TO ASSIST AND OR HELP PREPARE FOR HIS DEFENSE AT TRIAL.

PETITIONER HAS NO LEGAL PAPERS TO HELP ASSIST PETITIONER AND OR ANYBODY THAT COULD HELP PETITIONER AT THIS TIME. I.E., PETITIONER HAS NO POLICE REPORTS, NO CLERK'S TRANSCRIPTS, NO REPORTER'S TRANSCRIPTS, NO OPENING BREIF ON DIRECT APPEAL, NO RESPONDENT'S BRIEF, NO REPLY BRIEF, NO DENIAL AND OR OPINION FROM THE COURT ON THE DENIAL FROM APPELLATE REVIEW, NO NOTHING....

PETITIONER DOES NOT EVEN KNOW IF HIS PREVIOUS ATTORNEY'S SENT HIM ANY OF

THIS MATERIAL, OR WHETHER OR NOT HE RECEIVED ANY OF IT. PETITIONER WILL SUBMIT A REQUEST FOR A COMPLETE LISTING OF ALL INCOMING AND OUTGOING LEGAL MAIL TO HELP DETERMINE WHETHER OR NOT PETITIONER'S PREVIOUS COUNSEL SENT HIM ANY OF THIS MATERIAL, BUT AT THE PRESENT TIME, PETITIONER WILL SWEAR AND DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE STATE OF CALIFORNIA THAT HE IS NOT IN POSSESSION OF ANY OF THE AFORMENTIONED ITEMS THAT WOULD AND COULD HELP PREPARE AN ADEQUATE, LEGIBLE WRIT OF HABEAS CORPUS TO PRESENT TO THE COURT.

AS TO THE ATTORNEY GENERAL'S REQUEST TO TERMINATE THE PETITION FOR WRIT OF HABEAS CORPUS UNDER RULE 4 OF THE RULES GOVERNING 28 U.S.C.§ 2254, BECAUSE PETITIONER FAILED TO FILE THE PETITION WITHIN THE ONE-YEAR LIMITATIONS PERIOD, PETITIONER RESPECTFULLY REQUEST'S OF THE COURT TO ORDER THE TIME LIMITATIONS FOR THE A.E.D.P.A. BE TOLLED DUE TO THE FACT THAT PETITIONER HAS ALWAYS BEEN IN A MENTAL PSYCHIATRIC FACILITY AND PROGRAM SINCE THE INCEPTION OF HIS INCARCERATION, AND THAT PETITIONER WAS AND IS INCOMPETENT TO THE POINT THAT HE CANNOT ADEQUATELY UNDERSTAND AND OR PREPARE A STATE AND OR FEDERAL HABEAS CORPUS WHEN HE IS NOT IN HIS RIGHT MIND.

PETITIONER STATES AND DECLARES THAT THE RESPONDENT, ROBERT J. HERNANDEZ, IS IN FACT THE WARDEN OF THE FACILITY HE IS INCARCERATED IN, AND THAT THE ATTORNEY GENERAL, A. NATASHA CORTINA, WHICH IS HIS REPRESENTITIVE/COUNSEL, HAS ACCESS TO PETITIONER'S MEDICAL FILE WHICH WILL SHOW AND DECLARE THAT PETITIONER IS AND HAS BEEN A PSYCHIATRIC PATIENT DURING HIS WHOLE INCARCERATION AND WILL PROVE THAT PETITIONER IS INCOMPETENT. PETITIONER AT THIS TIME DECLARES THAT THE WARDEN, ROBERT J. HERNANDEZ, AND OR HIS SWORN REPRESENTITIVE, THE STATE ATTORNEY GENERAL, HAS PERMISSION TO PRESENT HIS MEDICAL PSYCHIATRIC FILE TO THE COURT AT THIS TIME, AND ONLY THIS TIME, TO PROVE PETITIONER'S PSYCHIATRIC PROFILE.

HOWEVER, UNDER THE FEDERAL CRIMINAL CODE AND RULES, RULE 12.2, (C) MENTAL EXAMINATION., (1)A), **AUTHORITY TO ORDER AN EXAMINATION; PROCEDURES.,*THE COURT* MAY ORDER THE DEFENDANT TO SUBMIT TO A COMPETENCY EXAMINATION UNDER** 18 U.S.C.

§ 4241..... PETITIONER FINDS AND DECLARES THAT HE WOULD BE MORE THAN WILLING TO SUBMIT TO AN EXAMINATION ORDERED BY THE COURT, IF THE COURT SO CHOSES TO ORDER AN EXAMINATION INTO PETITIONER'S PSYCHIATRIC MENTALITY.

PENAL CODE SECTION 1367, MENTALLY INCOMPETENT PERSONS; DECLARES; (A) A PERSON CANNOT BE TRIED OR ADJUDICATED TO PUNISHMENT WHILE THAT PERSON IS MENTALLY INCOMPETENT. A DEFENDANT IS MENTALLY INCOMPETENT FOR PURPOSES OF THIS CHAPTER IF, AS A RESULT OF MENTAL DISORDER OR DEVELOPEMENTAL DISABILITY, THE DEFENDANT IS UNABLE TO UNDERSTAND THE NATURE OF THE CRIMINAL PROCEEDINGS OR TO ASSIST COUNSEL IN THE CONDUCT OF A DEFENSE IN A RATIONAL MANNER......

PENAL CODE SECTION 1368, DOUBT AS TO DEFENDANT'S SANITY; (A) DECLARES, IF, DURING THE PENDENCY OF AN ACTION AND PRIOR TO JUDGEMENT, A DOUBT ARISES IN THE MIND OF THE JUDGE AS TO THE MENTAL COMPETENCE OF THE DEFENDANT, HE OR SHE SHALL STATE THAT DOUBT IN THE RECORD AND INQUIRE OF THE ATTORNEY FOR THE DEFENDANT WHETHER, IN THE OPINION OF THE ATTORNEY, THE DEFENDANT IS MENTALLY COMPETENT. IF THE DEFENDANT IS NOT REPRESENTED BY COUNSEL, **THE COURT SHALL APPOINT COUNSEL.** AT THE REQUEST OF THE DEFENDANT OR HIS OR HER COUNSEL OR UPON ITS OWN MOTION, THE COURT SHALL RECESS THE PROCEEDINGS FOR AS LONG AS MAY BE REASONABLY NECESSARY TO PERMIT COUNSEL TO CONFER WITH THE DEFENDANT AND TO FORM AN OPINION AS TO THE MENTAL COMPETENCE OF THE DEFENDANT AT THAT POINT OF TIME......

HERE, IF THE COURT WOULD APPOINT COUNSEL FOR PETITIONER, THAT WOULD BE MORE THAN WELCOME AND PETITIONER INVITE'S THE COURT TO APPOINT COUNSEL FOR PETITIONER TO CHECK INTO PETITIONER'S MENTAL COMPETENCY AND OR TO PREPARE AN ADEQUATE WRIT OF HABEAS CORPUS FOR THE COURT, ESPECIALLY WHEN TRIAL COUNSEL NEVER REQUESTED ANY KIND OF COMPETENCY HEARING FOR PETITIONER WHEN PETITIONER HAS A VERY LENGTHLY PSYCHIATRIC HISTORY THROUGHOUT THE JUDICIAL SYSTEM AS BEING AN (E.O.P.) PERSON/INMATE/PATIENT.....

AS STATED BEFORE, PETITIONER HAS BEEN AN (E.O.P.) SINCE 1996 AND INCAPABLE

OF BEING HELD RESPONSIBLE FOR HIS ACTIONS IF HE IS INCAPABLE OF UNDERSTANDING HE IS DOING WRONG.

PETITIONER WAS AND IS CONVICTED OF A CAL. PEN. CODE § 422/664,"ATTEMPTED CRIMINAL THREATS", AND CRIMINAL THREATS IS A CHARGE IN THAT YOU EITHER THREATEN SOMEBODY OR YOU DON'T. THE THREAT MADE HAS TO BE "SO UNEQUIVICAL, UNCONDITIONAL, IMMEDIATE, AND SPECIFIC AS TO CONVEY TO THE PERSON THREATENED, A GRAVITY OF **PURPOSE** AND IMMEDIATE PROSPECT OF EXECUTION OF THE THREAT TO BE CARRIED OUT THAT THE PERSON IS IN SUSTAINED FEAR FOR HIS OR HER OWN SAFETY OR HIS OR HER OWN FAMILY'S IMMEDIATE SAFETY", THAT THEIR IS NO SUCH THING AS AN ATTEMPTED CRIMINAL THREATS AS PETITIONER WAS CONVICTED OF AND SENTENCED TO 35 YEARS TO LIFE OVER.

IT IS VERY CLEAR THAT PETITIONER HAS HAD INEFFECTIVE ASSISTANCE OF COUNSEL IF COUNSEL HAS NEVER BROUGHT THIS ARGUMENT TO LIGHT, AN ARGUMENT WHICH WOULD CLEARLY FALL UNDER THE GUIDELINES OF 28 U.S.C.A.§ 2254 (D)(1)&(2).....

GETTING BACK TO THE MATTER AT HAND, PETITIONER IS MAINLY RESPECTFULLY REQUESTING OF THE COURT TO MAKE AN ORDER TO TERMINATE THE PROCEEDINGS ON THE PRESENT CASE AT BAR WITHOUT PREJUDICE TO ANY OF THE GROUNDS THAT WERE PRESENTED WITHIN THE PETITION, UNTIL AND SUCH TIME THAT PETITIONER CAN COMPETENTLY SUBMIT AN ACCURATE AND PRESENTABLE WRIT OF HABEAS CORPUS THAT HAS GONE THROUGH THE PROPER CHANNELS, AFTER HE HAS COMPLETED THE HURTLE OF 28 U.S.C.§ 2244 (D) (1) (B) WHICH STATES; THE DATE ON WHICH THE IMPEDIMENT TO FILING AN APPLICATION CREATED BY STATE ACTION IN VIOLATION OF THE CONSTITUTION OR LAWS OF THE UNITED STATES IS REMOVED, IF THE APPLICANT WAS PREVENTED FROM FILING BY SUCH STATE ACTION", IN WHICH PETITIONER IS IN A PSYCHIATRIC FACILITY AND OR PROGRAM AND IS UNABLE BY STATE AND FEDERAL LAWS WITH AN IMPEDIMENT TO BE ABLE TO COMPITENTLY FILE AN ADEQUATELY VIABLE PETITION.

PETITIONER RESPECTFULLY REQUEST'S THAT THIS FEDERAL WRIT OF HABEAS CORPUS BE TERMINATED WITHOUT PREJUDICE....

I, RAFAEL JASSO, DO HEREBY DECLARE THAT THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND AS WAS READ TO ME BY INMATE ,KEITH HUGH JENSEN, CDCR #, E86897, AND SWEAR TO THE FORGOING AS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AS KNOWN TO ME UNDER PENALTY OF PERJURY OF THE LAWS OF THE STATE OF CALIFORNIA, AND IS EXECUTED ON;

DATED; AUGUST 5,2008

RAFAEL JASSO

I, KEITH HUGH JENSEN, WHO PREPARED THIS NOTICE OF MOTION AND MOTION TO TERMINATE THE FEDERAL WRIT OF HABEAS CORPUS, CASE NUMBER, 08-0548 JAH (LSP), FOR RAFAEL JASSO, DO HEREBY DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE STATE OF CALIFORNIA THAT THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, AND EXECUTED ON;

DATED; AUGUST 5,2008

KEITH HUGH JENSEN

NOTE TO COURT;

**AT THE TIME PETITIONER IS ABLE TO FILE COMPETENTLY, PETITIONER WILL PROVIDE FOR THE COURT AND THE PEOPLE A COPY OF HIS MEDICAL PSYCHIATRIC FILE WHICH WILL SATISFY THE AEDPA UNDER 28** U.S.C.§ 2244 (D)1)B)......

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, RAFAEL JASSO DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE Declarant/Prisoner IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS FIFTH DAY OF AUGUST, 2008, AT R.J.D. STATE PRISON, 480 Alta Road, San Diego, CA 92179

(SIGNATURE) [signature]
(DECLARANT/PRISONER)

## *PROOF OF SERVICE BY MAIL*

*(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)*

*I,* RAFAEL JASSO, *AM A RESIDENT OF* R.J.D. *STATE PRISON, IN THE COUNTY OF* S.D. *STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM/AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS:* 480 ALTA RD., SAN DIEGO, CA. 92179.

*ON* 8/5/08, *I SERVED THE FOREGOING:*

NOTICE AND MOTION TO TERMINATE CASE NUMBER 08-0548 JAH (LSP)

*(SET FORTH EXACT TITLE OF DOCUMENT/S SERVED)*

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richad J. Donovan Correctional Facility

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET, SUITE 4290
SAN DIEGO, CA. 92101-8900

DEPUTY ATTORNEY GENERAL
(A. NATASHA CORTINA.)
110 WEST A STREET, SUITE 1100
SAN DIEGO, CA. 92101
P.O.BOX. 85266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 8/5/08 [signature]
(DECLARANT/PRISONER)