UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL JASSO,<br>Petitioner,<br>v.<br>ROBERT J. HERNANDEZ, Warden,<br>Respondent. | Civil No. 08-0548-JAH(LSP)<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL (Doc. # 10)<br><br>ORDER SETTING STATUS CONFERENCE |

On June 2, 2008, Petitioner Rafael Jasso (hereafter "Petitioner"), a state prisoner proceeding *pro se*, filed a First Amended Petition for Writ of Habeas Corpus. On August 7, 2008, Petitioner also filed a "Motion to Dismiss Petition Due To Mental Incompetancy" (sic)(hereafter "Petitioner's Motion") Petitioner's Motion also requests that an attorney be appointed for him due to his alleged mental incompetency.

If a substantial question exists regarding the mental competence of a party proceeding *pro se*, the proper procedure is for the court to conduct a hearing to determine competence, so a guardian *ad litem* can be appointed, if necessary. Allen v. Calderon

408 F.3d 1150, 1153 (9th Cir. 2005), citing Krain v. Smallwood 880 F2d 1119, 1121 (9th Cir. 1989) cert. denied 502 U.S. 820 (1991)

Appointment of counsel is appropriate and necessary in this case, and at this time, for the limited purpose of representing Petitioner at a competency hearing. Allen 408 F.3d at 1153. Petitioner's Motion for Appointment of Counsel is GRANTED.

Therefore, Kurt David Hermansen is appointed to act as counsel for Petitioner for the limited purpose of representing Petitioner at a competency hearing.

A Status Conference shall be held on September 9, 2008 at 8:30 AM in the chambers of Magistrate Judge Leo S. Papas. Only counsel shall attend.

IT IS SO ORDERED.

DATED: August 26, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge

cc: Kurt David Hermansen
110 W. C Street Suite 1810
San Diego, CA 92101