**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

JASSO v. HERNANDEZ No. 08-0548-JAH(LSP)

HON. LEO S. PAPAS CT. DEPUTY J. JARABEK Rptr.

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| KURT HERMANSEN | |

Status Conference not held because Respondent's counsel did not appear. Further Status Conference shall be held on September 16, 2008 at 8:30 AM. Counsel only shall attend.

DATED: September 9, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge