UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL JASSO, <br><br> Petitioner, <br> v. <br> ROBERT T. HERNANDEZ, Warden, <br><br> Respondent. | Civil No. 08-0548-JAH(WVG) <br><br> **ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to Rule 11 of the Rules following 28 U.S.C. § 2254, which was amended effective December 1, 2009, a district court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A state prisoner may not appeal the denial of a section 2254 habeas petition unless he obtains a certificate of appealability from a district or circuit judge. 28 U.S.C. § 2253(c)(1)(A); *see also* United States v. Asrar, 116 F.3d 1268, 1269-70 (9th Cir. 1997) (holding that district courts retain authority to issue certificates of appealability under AEDPA). A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this threshold showing, petitioner must show that: (1) the issues are debatable among jurists of reason, (2) that a court could resolve the issues in a different manner, or (3) that the questions are

1 adequate to deserve encouragement to proceed further. Lambright v. Stewart, 220 F.3d
2 1022, 1024-25 (9th Cir. 2000) (citing Slack v. McDaniel, 529 U.S. 473 (2000); Barefoot
3 v. Estelle, 463 U.S. 880 (1983)).

4  On April 4, 2011, this Court denied petitioner's petition for habeas corpus. Therefore, this Court must decide whether to grant petitioner a certificate of appealability because denial of the petition constitutes a "final order adverse to the applicant." Based on this Court's review of the pleadings, this Court finds that no issues are debatable among jurists of reason. This Court further finds that no issues could be resolved in a different manner. Lastly, this Court finds that no questions are adequate to deserve encouragement to proceed further. Accordingly, this Court **DENIES** petitioner a certificate of appealability.

Dated: April 6, 2011

_____
JOHN A. HOUSTON
United States District Judge